**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-2466

ABDOU-MALIK YACOUBOU ADAM,

             Plaintiff - Appellant,

        v.

WELLS FARGO BANK,

             Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Ellen L. Hollander, District Judge.
(1:09-cv-02387-ELH)

Submitted:  April 26, 2013          Decided:  May 17, 2013

Before SHEDD, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Abdou-Malik  Yacoubou  Adam,  Appellant  Pro  Se.    Michael  S.
Barranco,  TREANOR,  POPE  &  HUGHES,  Towson,  Maryland,  for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdou-Malik Yacoubou Adam appeals the district court's final order entered in his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Adam v. Wells Fargo Bank, No. 1:09-cv-02387-ELH (D. Md. filed Sept. 28, 2012 & entered Oct. 1, 2012). We also conclude that, contrary to Yacoubou's assertions, the district court did not prevent him from participating in discovery and that his Fourteenth Amendment right to equal protection was not violated. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED